KENNETH P. ROBERTS SB # 74955
KENNETH P. ROBERTS,
A PROFESSIONAL LAW CORPORATION
6355 TOPANGA CANYON BOULEVARD
SUITE 403
WOODLAND HILLS, CA 91367
Tel. (818) 888-3553
Fax. (818)888-2686
kroberts@kprlawinc.com

Attorneys for Defendant
A-CHECK AMERICA, INC.,
a California Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK ANDREW JOHNSON, on behalf of himself and all others similarly situated<br><br>        Plaintiff,<br><br>  vs.<br><br>A-CHECK AMERICA, INC., a California Corporation, and DOES 1-10, Inclusive,<br><br>        Defendant | Case No.: 2:12-CV-09038-RGK-JC<br><br>Assigned to: Hon. R. Gary Klausner<br><br>PROTECTIVE ORDER.<br><br><br><br>COMPLAINT FILED:  Oct. 19, 2012 |

## **ORDER**

The Court having considered the stipulation of the parties, and good cause appearing therefore,

The Stipulation of the Parties is hereby incorporated and the parties are **ORDERED** to comply with the provisions of the stipulation.

Dated:  May 23, 2013

                                  /s/
                            Hon. Jacqueline Chooljian
                            U.S. Magistrate Judge