| | |
|---|---|
| 1 | MCCOY, TURNAGE & ROBERTSON, LLP |
| 2 | BRAVO LAW GROUP, A.P.C. |
|   | James R. Robertson (California Bar #204923) |
| 3 | Email: James.Robertson@bravolawgroup.com |
| 4 | 4025 Camino Del Rio South |
|   | Suite 300 |
| 5 | San Diego, California 92108 |
| 6 | Telephone:   (858) 300-1900 |
|   | Facsimile:   (858) 300-1910 |
| 7 | |
| 8 | STUMPHAUZER | O'TOOLE |
|   | Matthew A. Dooley   (Ohio Bar #0081482) |
| 9 | Email: mdooley@sheffieldlaw.com |
| 10 | Anthony R. Pecora   (Ohio Bar #0069660) |
|    | Email: apecora@sheffieldlaw.com |
| 11 | 5455 Detroit Road |
| 12 | Sheffield Village, Ohio 44054 |
|    | Telephone:   (440) 930-4001 |
| 13 | Facsimile:   (440) 934-7208 |
| 14 | |
| 15 | SEYFARTH SHAW, LLP |
| 16 | Pamela Q. Devata |
|    | Email: pdevata@seyfarth.com |
| 17 | 131 South Dearborn Street |
| 18 | Suite 2400 |
|    | Chicago, Illinois 60603 |
| 19 | Telephone:   (312) 460-5000 |
| 20 | Facsimile:   (312) 460-7000 |
| 21 | |
|    | SEYFARTH SHAW LLP |
| 22 | Laura J. Maechtlen (SBN 224923) |
| 23 | lmaechtlen@seyfarth.com |
|    | 560 Mission Street, |
| 24 | Suite 3100 |
| 25 | San Francisco, California 94105 |
|    | Telephone:   (415) 397-2823 |
| 26 | Hayley E. Macon (SBN 224530) |
| 27 | |
| 28 | |

hmacon@seyfarth.com
2029 Century Park East,
Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK ANDREW JOHNSON**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**A-CHECK AMERICA, INC**. a<br><br>Defendant. | **Case No.: 2:12-CV-09038-RGK-JC**<br><br>**Hon. R. Gary Klausner**<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Named Plaintiff Mark Andrew Johnson and Defendant A-Check America, Inc., by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a), that the Named Plaintiff's claims set forth in his Class Action Complaint shall be dismissed with prejudice as to the Named Plaintiff only. All allegations by the putative class shall be dismissed without prejudice. Each party shall bear their own attorney fees and costs.

DATED this 22nd day of October, 2013.

                              Respectfully submitted,

                              STUMPHAUZER | O'TOOLE

By:   /s/ Matthew A. Dooley
        Matthew A. Dooley
        *Counsel for Mark A. Johnson and the putative class*

SEYFARTH SHAW LLP

By:   /s/ Pamela Q. Devata
        Pamela Q. Devata
        *Counsel for A-Check America, Inc.*

G:\27\27318-1\Notice and entries\Stipulation of Dismissal.docx